UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

MEDARDO ANTONIO PEREIRA PETIT,

Petitioner,

v.

WARDEN, BLUEBONNET DETENTION FACILITY, et al.,

Respondents.

No. 1:26-CV-374-H

**ORDER**

Before the Court is Medardo Antonio Pereira Petit's habeas petition. Dkt. No. 1. The respondents filed their response on August 18, 2026. Dkt. No. 7. On that same day, Pereira Petit filed a document that is a carbon copy of the response brief. Dkt. No. 8. The Court assumes this was a technical error. Accordingly, if Pereira Petit intends to file a reply brief, the deadline for the brief remains September 3, 2026.

So ordered on August 19, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE